**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **KOCHA HAZELTON,** | ) | |
| | ) | **CIVIL ACTION NO.:**  4:24cv1479-JD |
| *Plaintiff* | ) | |
| v. | ) | |
| | ) | |
| **INSTANT BRANDS, LLC,** | ) | RULE 26.01 ANSWERS TO |
| **INSTANT BRANDS, INC., and** | ) | INTERROGATORIES |
| **CORELLE BRANDS, LLC,** | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

.

The Plaintiff herein, by and through her undersigned counsel of record, hereby answer the

local Rule 26.01 Interrogatories of the court as follows:

(A)     State the full name, address and telephone number of all persons or legal entities

who may have subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**     **HealthComp**
**P.O. Box 45018**
**Fresno, CA 93718**
**559-499-2450**
**For payment for medical treatment provided in relation to Plaintiff's injuries**

**Anthem BlueShield of GA**
**P.O. Box 105370**
**Atlanta, GA 30348**
**800-810-2583**
**For payment for medical treatment provided in relation to Plaintiff's injuries**

**BCBS Out of State Preferred Blue**
**P.O. Box 100300**
**Columbia, SC 29202**
**800-288-2227**
**For payment for medical treatment provided in relation to Plaintiff's injuries**

**Select Health**
**P.O. Box 7120**
**London, KY 40742**

**800-575-0418**
**For payment for medical treatment provided in relation to Plaintiff's injuries**

**MEDICAID**
**P.O. Box 1412**
**Columbia, SC 29202**
**888-549-0820**
**For payment for medical treatment provided in relation to Plaintiff's injuries**

**AETNA**
**P.O. Box 14079**
**Lexington, KY 40512**
**888-702-3862**
**For payment for medical treatment provided in relation to Plaintiff's injuries**

(B)      As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**    **Plaintiff is informed and believes she is entitled to a trial by jury.**

(C)      State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**    **Party submitting these responses is not publicly owned.**

(D)      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**    **The events giving rise to Plaintiff's claims occurred in part in Florence County, South Carolina, which is in the Florence Division.**

(E)      Is the action related in whole or part to any other matter filed in this District, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the

same or identical transactions, happenings or events; involve the identical parties or property; or

for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **Plaintiff is informed and believes that there are no related matters pending in**

**this District.**

Date: March 26, 2024                                                  Respectfully submitted,


                                                        By: *s/Elizabeth Middleton Burke*
                                                               Elizabeth Middleton Burke (Fed. I.D. 7466)
                                                               Misty Black O'Neal (Fed. I.D. 12262)
                                                               **ROGERS PATRICK WESTBROOK &**
                                                               **BRICKMAN**
                                                               1037 Chuck Dawley Blvd., Bldg. A
                                                               Mount Pleasant, SC 29464
                                                               Ph:        (843) 727-6500
                                                               Fax:       (843) 216-6509
                                                               bburke@rpwb.com
                                                               moneal@rpwb.com

                                                               ATTORNEY FOR PLAINTIFF